UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE, | ) |
|     Plaintiff | ) |
| | ) |
| VS. | ) CASE NUMBER CA 04 - 284E |
| | ) |
| MATSON LUMBER COMPANY and MATSON, | ) JUDGE LANCASTER |
| HARDWOODS, INC., | ) |
|     Defendant | ) |

## ORDER

AND NOW, to wit, this __6th__ day of __July__, 2005 upon Motion of the Defendants, it is hereby Ordered that the hearing on the jurisdictional amount in controversy scheduled for July 15, 2005 at 10:00 a.m. shall be continued. The hearing on the jurisdictional amount in controversy will be held on August __26__, 2005 at __1:30__ o'clock am/pm.

It is further Ordered that all other proceedings in this case are stayed pending the Court's ruling on the issue of jurisdictional amount in controversy.

BY THE COURT

_____
Gary L. Lancaster, District Judge