UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE,       Plaintiff | ) )  ) ) |
| VS. | ) CASE NUMBER CA 04 - 284E ) ) |
| MATSON LUMBER COMPANY and MATSON, HARDWOODS, INC.,       Defendant | ) JUDGE LANCASTER ) ) |

**MOTION TO CONTINUE ARGUMENT**

AND NOW come the Defendants by their attorney, Robert P. Ging, Jr. and set forth the following Motion to Continue Argument.

1. On or about July 6, 2005 this Honorable Court scheduled a hearing for August 26, 2005 at 1:30 p.m.

2. Counsel for the Defendants is unable to attend the argument due to a personal medical emergency.

3. Counsel for the Defendants has spoken with counsel for the Plaintiff, and counsel for the Plaintiff does not object to the continuance.

4. No party is likely to be prejudiced by the continuance.

WHEREFORE, the Court is respectfully requested to enter the attached Order.

Respectfully submitted,

_____
Robert P. Ging, Jr., Esquire

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE,           Plaintiff | ) ) ) ) |
| VS. | ) CASE NUMBER CA 04 - 284E ) ) |
| MATSON LUMBER COMPANY and MATSON, HARDWOODS, INC.,           Defendant | ) JUDGE LANCASTER ) ) |

**<u>ORDER</u>**

AND NOW, to wit, this _____day of _____, 2005 upon Motion of the Defendants, it is hereby Ordered that the hearing on the jurisdictional amount in controversy scheduled for August 26, 2005 at 1:30 p.m. shall be continued.  The hearing on the jurisdictional amount in controversy will be held on October _____, 2005 at _____o'clock am/pm.

It is further Ordered that all other proceedings in this case are stayed pending the Court's ruling on the issue of jurisdictional amount in controversy.

BY THE COURT

_____
Gary L. Lancaster, District Judge

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing Motion to Continue Argument was served on the following party at his respective address on this date via U.S. First Class, Postage Pre-Paid Mail.

James R. Fryling, Esquire  
17 West Tenth Street  
P. O. Box 860  
Erie, PA 16512-0860

DATED: <u>August 22, 2005</u>              Respectfully submitted,

 

                                                               _____

                                                                Robert P. Ging, Jr., Esquire