UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE,<br>　　　　Plaintiff<br><br>　　　VS.<br><br>MATSON LUMBER COMPANY and MATSON,<br>HARDWOODS, INC.,<br>　　　　Defendant | )<br>)<br>)<br>)<br>) CASE NUMBER CA 04 - 284E<br>)<br>)<br>) JUDGE LANCASTER<br>)<br>) |

**ORDER**

AND NOW, to wit, this __26th__ day of __Aug__, 2005 upon Motion of the Defendants, it is hereby Ordered that the hearing on the jurisdictional amount in controversy scheduled for August 26, 2005 at 1:30 p.m. shall be continued. The hearing on the jurisdictional amount in controversy will be held on October __21__, 2005 at __1:30__ o'clock ~~am~~/pm.

It is further Ordered that all other proceedings in this case are stayed pending the Court's ruling on the issue of jurisdictional amount in controversy.

BY THE COURT

_____
Gary L. Lancaster, District Judge

cc: All Counsel