# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALBERT T. CARLISLE )
)
)
Plaintiff )
vs. )      C.A. 04-284 ERIE
MATSON LUMBER COMPANY, ET AL. )
)
)
Defendant )

**HEARING ON**   EVIDENTIARY HEARING RE: JURISDICTION

Before   JUDGE GARY L. LANCASTER

JAMES FRYLING, ESQ.                               ROBERT GING, ESQ.

Appear for Plaintiff                              Appear for Defendant

Hearing Begun   10/21/05 @ 1:28 PM               Hrg Adjourned to

Hrg concluded C.A.V.   10/21/05 @ 1:59 PM        Stenographer   KAREN EARLEY

**WITNESSE**

For Plaintiff                                     For Defendant

Motion for Reconsideration
(#20) Orally Denied;
Written Order To Be Filed;
Michael Hall Direct 1:40 PM - 1:52 PM
(As on Cross)