IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT T. CARLISLE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | No. C.A. 04-284 Erie |
| MATSON LUMBER COMPANY, | ) | Judge Lancaster |
| MATSON HARDWOODS, INC., | ) | |
| DORA M. SQUATRITI, individually and | ) | |
| as EXECUTRIX OF THE ESTATE OF | ) | |
| MARION C. KINKEAD, | ) | |
| | ) | |
| Defendants | ) | |

## AFFIDAVIT OF JAMES HALL

Before me, the undersigned Notary Public, this day, personally appeared James Hall, Consulting Forester, 69 South Main Street, Russell, Pennsylvania 16345, known to me, who being duly sworn according to law, deposes and says that based upon his own personal knowledge, the following statements are true and correct to the best of his knowledge, information and belief:

1. I have been engaged by Albert T. Carlisle, Plaintiff in the above captioned matter to appraise the timber and trees which have come into existence since May 18, 1969 on the Carlisle Farm located in Spring Creek Township, Warren County, Pennsylvania.

2. The Carlisle Farm encompasses approximately 1239.6 acres of land. Of the total acreage, approximately 779 acres are commercial forest land.

3. This property once had very high quality stands of red oak, black cherry, white ash, sugar maple, red maple, eastern hemlock, basswood, white pine and various other species.

4. Through good forest management, under the guidance of a professional forester, this area can be a highly productive, healthy and profitable forest.

5. In order to render an complete and accurate assessment of value of the timber and trees which have come into existence since May 28, 1969, I used performed the following:

    A. General overview and boundary line check.

    B. Typed the timber.

    C. Took random plots using the following technique(s):

        1. 44 1/10th Acre plots

    D. Collected data regarding:

        1. Species of trees.

        2. Quality of trees.

        3. Quantity of trees.

        4. Diameter Breast High

    E. Referred as needed to the following materials.

        1. Silvah Growth Projection   Exhibit 1

        2. PA Woodlands Timber Market Report - Values 2nd Qtr 2005

        3. Compound Interest Formula.

## OPINION OF VALUE

6. I have considered an area of 650 acres of forested land excluding the timber located in waterways.

7. It is my opinion to a reasonable degree of certainty that the present value of the timber and trees on the Carlisle property which have come into existence since May 28, 1969 is

$ 388,050.00.

8. It is my opinion to a reasonable degree of certainty that the future value of the timber and trees on the Carlisle property which have come into existence since May 28, 1969 is $ 3,506,100.00.

_____
James Hall

Subscribed and sworn to before me
this 22nd day of August, 2005

_____
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
**NOTARIAL SEAL**
JAMES RYAN FRYLING, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON NOV. 18, 2007

```
            SILVAH -- SILVICULTURE OF ALLEGHENY HARDWOODS - V5.00
        STAND SUMMARY, PRESCRIPTION, AND MANAGEMENT SIMULATOR PROGRAM
      DEVELOPED BY THE NORTHEASTERN FOREST EXPERIMENT STATION, IRVINE, PA.

OWNER/AGENCY       -- carlisle          DATE TALLIED:       JUL/   5
FOREST/PROPERTY    --                   DATE PRINTED:    19/AUG/2005
COUNTY/DISTRICT    -- spring creek      FILE: C:\SILVAHV5\sample2.SIL
COMPT - STAND      --                   DEFAULT: SILVAH.DEF
ACRES              --      1.00           TYPE:       ALLEGHENY HARDWOOD
STAND AGE          --     20              SIZE:       SMALL POLE
SITE               -- UNKNOWN             DENSITY:    50 TO 80 %
sapling evaluation




OVERSTORY CRUISE INFORMATION
-------------------------------

Overstory data is from an individual tree tally fixed plot cruise,
using a    .010 acre plot, and with trees tallied by
1 inch dbh classes, heights, and pulp & cull grades only.

Overstory data based on    44. plots;
     0. additional plots needed to reach 15 % of the mean;
    32. additional plots needed to reach 10 % of the mean.

Mean basal area is   48. plus or minus    6. square feet per acre
at 90 % confidence ( 13. % of mean).




UNDERSTORY CRUISE INFORMATION
-------------------------------

Data on advance regeneration, site limits, and understory was not collected.
```

```
                                                              Page    2
            SILVAH -- SILVICULTURE OF ALLEGHENY HARDWOODS - V5.00
       STAND SUMMARY, PRESCRIPTION, AND MANAGEMENT SIMULATOR PROGRAM
        DEVELOPED BY THE NORTHEASTERN FOREST EXPERIMENT STATION, IRVINE, PA.

FOREST/PROPERTY --                            DATE PRINTED:   19/AUG/2005
COMPT - STAND    --                           FILE: C:\SILVAHV5\sample2.SIL


                          SIMULATED STAND DEVELOPMENT
                          ----------------------------
```

| YRS | NO. TREES | BASAL AREA | REL DEN | DIA MER | % CAP | % M&B | % OAK | TOT CDS | PULP CDS | MBF | $ | NET GROWTH | MORT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1150 | 48 | 54 | 8.0 | 35 | 40 | 0 | 3 | 3 | .0 | 6 | | |
| | | | | | | | | | | | | 2.67 | .11 |
| 5 | 1107 | 62 | 63 | 8.5 | 36 | 39 | 0 | 5 | 4 | .3 | 33 | | |
| | | | | | | | | | | | | 2.82 | .13 |
| 10 | 1064 | 76 | 72 | 8.8 | 37 | 37 | 0 | 8 | 6 | .7 | 83 | | |
| | | | | | | | | | | | | 2.93 | .14 |
| 15 | 1022 | 90 | 80 | 9.4 | 39 | 36 | 0 | 11 | 9 | 1.2 | 197 | | |
| | | | | | | | | | | | | 2.51 | .59 |
| 20 | 879 | 103 | 85 | 10.1 | 39 | 35 | 0 | 14 | 12 | 1.8 | 397 | | |
| | | | | | | | | | | | | 2.60 | .46 |
| 25 | 792 | 116 | 90 | 10.9 | 41 | 34 | 0 | 18 | 14 | 2.8 | 731 | | |
| | | | | | | | | | | | | 2.62 | .42 |
| 30 | 726 | 129 | 96 | 11.6 | 42 | 33 | 0 | 22 | 16 | 4.1 | 1281 | | |
| | | | | | | | | | | | | 2.20 | .80 |
| 35 | 613 | 140 | 99 | 12.4 | 43 | 32 | 0 | 25 | 17 | 5.6 | 2093 | | |
| | | | | | | | | | | | | 2.02 | .79 |
| 40 | 532 | 150 | 102 | 13.2 | 44 | 31 | 0 | 29 | 19 | 7.2 | 3058 | | |
| | | | | | | | | | | | | 1.81 | .83 |
| 45 | 469 | 159 | 105 | 14.0 | 45 | 31 | 0 | 32 | 20 | 8.7 | 4155 | | |
| | | | | | | | | | | | | 1.59 | .88 |
| 50 | 418 | 167 | 107 | 14.7 | 45 | 30 | 0 | 35 | 20 | 10.2 | 5394 | | |

*[handwritten annotations:]* $597/Acre

Compound Interest 4.5%

**EXHIBIT 1**

```
                                                       Page    3
       SILVAH -- SILVICULTURE OF ALLEGHENY HARDWOODS - V5.00
       STAND SUMMARY, PRESCRIPTION, AND MANAGEMENT SIMULATOR PROGRAM
     DEVELOPED BY THE NORTHEASTERN FOREST EXPERIMENT STATION, IRVINE, PA.

FOREST/PROPERTY --                        DATE PRINTED:   19/AUG/2005
COMPT - STAND    --                       FILE: C:\SILVAHV5\sample2.SIL



                            SIMULATED PRODUCT YIELD
                            -----------------------


YRS      DATE              TOTAL         PULP          MBF            $
                           CORDS         CORDS         SAW            TOTAL
-----------------------------------------------------------------------------

INITIAL STAND

  0        5                2.8           2.8           .0            6.
FINAL STAND

 50       55               34.9          20.4          10.2         5394.

-----------------------------------------------------------------------------

TOTAL YIELD                34.9          20.4          10.2         5394.
```

**James Hall, Consulting Forester**

69 S. Main St. – Russell, PA 16345
Phone 814-757-4488 – Fax 866-506-7474
management plans - appraisals - timber sales

**QUALIFICATIONS**

I have practiced good forest management since September 1963 on both public and private land. I have constantly taken and taught courses on forestry related subjects in order to keep my skills current.

My strongest assests are a dedication to good forestry practices and integrity in dealing with landowners.

**WORK HISTORY**

1963-1966  *Service Forester, Commonwealth of Pennsylvania*
I worked with private landowners to get good forestry practices on their land. This involved writing management plans, marking timber, planting trees and all other related activities.

1966-1968  *Management Forester, Commonwealth of Pennsylvania*
I worked on State Forest Land writing management plans, conducting timber sales, providing recreational opportunities and all other related activities.

1968-1993  *Assistant District Forester, Commonwealth of Pennsylvania*
I was responsible for all forest management work on both public and private land conducted by the Pa. Bureau of Forestry in Erie, Crawford, Forest, Warren and Venango counties. I was also responsible for forest fire prevention and control; Gypsy Moth spraying; snowmobile program; and other related activities.

1993-Present  *Consulting Forester, Self employed*
I work for private landowners helping them reach their goals..

**EDUCATION**

1959-1963  Bachelor of Science in Forest Management    Penn State University

**ADDITIONAL COURSEWORK AND TRAINING**

Law Enforcement
Labor Relations
Prescribed Fire Management
Wildlife Habitat Management

EXHIBIT 2

Watershed Management

Effects of Soils and geology on Planning and Development
Allegheny Hardwood Silviculture
Fire Business Management
Wetland Delineation
Soil and Erosion Control Workshop

Member of:  Pa. Forestry Association
~~Pa. Deer Forest Committee~~
Northwest Pa. Woodland Owners Association