IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT T. CARLISLE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. CA 04 - 284 Erie |
| | ) | |
| MATSON LUMBER COMPANY, | ) | Judge Lancaster |
| MATSON HARDWOODS, INC., | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Albert T. Carlisle, plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from the memorandum Orders dated May 9, 2005 and October 28, 2005.

Respectfully submitted,

By _____
Andrew J. Conner
PA Supreme Court I.D. No. 05415

By _____
James R. Fryling
Conner Riley & Fryling
PA Supreme Court I.D. No. 51184
17 West Tenth Street
P.O. Box 860
Erie, PA 16512-0860
(814) 453-3343
Attorneys for Plaintiff

Date: November  21 , 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT T. CARLISLE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. CA 04 - 284 Erie |
| | ) | |
| MATSON LUMBER COMPANY, | ) | Judge Lancaster |
| MATSON HARDWOODS, INC., | ) | |
| | ) | |
| Defendants | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the __21st__ day of November 2005, a copy of the within document was duly served on all counsel of record and/or unrepresented parties by mailing the same to them at their designated offices by first class United States mail, postage prepaid, or by personal service/courthouse box.

_____
James R. Fryling

Robert P. Ging, Jr., Esq.
2095 Humbert Road
Confluence, PA 15424-2371

Honorable Gary L. Lancaster
829 U.S. Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219