UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 05-5144

---

ALBERT T. CARLISLE,
Appellant

v.

MATSON LUMBER COMPANY; MATSON HARDWOODS, INC.

---

Appeal from the United States District Court
for the Western District of Pennsylvania
(D. C. Civil No. 04-cv-00284E)
District Judge: Hon. Gary L. Lancaster

---

Submitted Under Third Circuit LAR 34.1(a)
May 19, 2006

Before: RENDELL and VAN ANTWERPEN, Circuit Judges,
and ACKERMAN*, District Judge.

---

JUDGMENT

---

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 18, 2006. On consideration whereof, it is now hereby

---

* Honorable Harold A. Ackerman, Senior District Judge for the District of New Jersey, sitting by designation.

ORDERED and ADJUDGED by this Court that the Orders of the District Court entered on May 9, 2005 and October 28, 2005, be and the same are hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against the Appellant.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: 2 June 2006

Certified as a true copy and issued in lieu of a formal mandate on 7/25/06

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit